UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GLOVES OF AMERICA, INC., an Ohio non-profit corporation<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAINMAKER ENTERTAINMENT & PROMOTIONS, LLC, a California limited liability company, and SANTOS SOTO, an individual,<br><br>　　　　　Defendants. | Case No: c-06-03381-SC |

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**DISMISSAL WITH PREJUDICE**

　　　Plaintiff GOLDEN GLOVES OF AMERICA, INC., an Ohio non-profit corporation, and Defendant RAINMAKER ENTERTAINMENT & PROMOTIONS, LLC, a California limited liability company, and SANTOS SOTO, an individual through their counsel hereby stipulate as follows:

1. Pursuant to a written settlement agreement between the parties, this entire Action shall be dismissed with prejudice.

2. The Court shall retain jurisdiction over the parties for the purpose of enforcing the terms of their settlement agreement until performance in full of each and every term therein.

Dated: 12/1/06

HOWREY, LLP
525 Market Street, Suite 3600
San Francisco, CA 94105

By: /s/ Robert N. Phillips
    Robert N. Phillips

Attorneys for Plaintiff GOLDEN GLOVES OF AMERICA, INC.

Dated: 11/30/06

HARVEY SISKIND, LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111

By: /s/ Judith M. Schvimmer
    Judith M. Schvimmer

Attorneys for Defendants RAINMAKER ENTERTAINMENT & PROMOTIONS, LLC, and SANTOS SOTO

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

[STAMP: DENIED — Judge Samuel Conti — 12/8/06 — United States District Court Northern District of California]

13