UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GLOVES OF AMERICA, INC., an Ohio non-profit corporation<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAINMAKER ENTERTAINMENT & PROMOTIONS, LLC, a California limited liability company, and SANTOS SOTO, an individual,<br><br>　　　　Defendants. | Case No: c-06-03381-SC<br><br>**STIPULATION AND** [PROPOSED] **ORDER REGARDING DISMISSAL WITH PREJUDICE** |

Plaintiff GOLDEN GLOVES OF AMERICA, INC., an Ohio non-profit corporation, and Defendant RAINMAKER ENTERTAINMENT & PROMOTIONS, LLC, a California limited liability company, and SANTOS SOTO, an individual, through their counsel, hereby stipulate that this entire Action shall be dismissed with prejudice.

Dated: 12/11/06

　　　　　　　　　　　　　　　　HOWREY, LLP
　　　　　　　　　　　　　　　　525 Market Street, Suite 3600
　　　　　　　　　　　　　　　　San Francisco, CA 94105

　　　　　　　　　　　　　　　　By: _/s/ Robert N. Phillips_
　　　　　　　　　　　　　　　　　　　Robert N. Phillips

　　　　　　　　　　　　　　　　Attorneys for Plaintiff GOLDEN GLOVES OF
　　　　　　　　　　　　　　　　AMERICA, INC.

1

Dated: December 11, 2006

HARVEY SISKIND, LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111

By: _____
Judith M. Schvimmer

Attorneys for Defendants RAINMAKER
ENTERTAINMENT & PROMOTIONS, LLC, and
SANTOS SOTO

IT IS SO ORDERED:

_____
UNITED STATES DIST[RICT JUDGE]

*IT IS SO ORDERED*
*Judge Samuel Conti*